Michael P. Balaban State Bar No. 9370
LAW OFFICES OF MICHAEL P. BALABAN
10726 Del Rudini Street
Las Vegas, NV 89141
(702)586-2964
Fax: (702)586-3023
E-Mail: mbalaban@balaban-law.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER DELLORCO, SR., CHRISTOPHER DELLORCO, JR., CRISTEL ANDERSON AND AMANDA MAYR,<br><br>Plaintiff,<br><br>vs.<br><br>HENDERSON POLICE DEPARTMENT, a Political Subdivision of the City of Henderson; CITY OF HENDERSON, a Political Subdivision of the City of Henderson; SERGEANT CHRISTOPHER MONTANO; DETECTIVE DENNIS OZAWA; DETECTIVE JOSEPH EBERT; DETECTIVE DOUGLAS LYNAUGH; DETECTIVE MATTHEW KROOK; DETECTIVE KEVIN LAPEER; DOE OFFICERS I-X; DOE INDIVIDUALS I-X, and ROE CORPORATIONS I-V, inclusive, jointly and severally,<br><br>Defendants. | CASE NO.: 2:26-cv-00484-GMN-MDC<br><br>STIPULATION AND ORDER CONTINUING THE DATE THAT PLAINTIFFS MUST FILE THEIR RESPONSE TO DEFENDANT'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS<br>[LR 7-1; LR IA 6-2]<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED by and between the parties' respective

counsel of record pursuant to LR 7-1 and LR IA 6-2 that Plaintiff's response to Defendants Henderson Police Department's, et al. motion for partial judgment on the pleadings, for which the response is currently due on November 19, 2026, will be continued until December 1, 2026.

Said continuance is being stipulated to, to give Plaintiffs an adequate opportunity to respond to said motion given that Plaintiff's counsel has a trial scheduled for November 16th through 18th before Judge Richard Boulware in Courtroom 7C which Plaintiff has been and continues to be preparing for and will thereafter attend.

No previous continuances or extensions have been requested or granted as to the filing of Plaintiff's response to Defendant's motion for partial judgment on the pleadings.

| | |
|---|---|
| LAW OFFICES OF MICHAEL P. BALABAN | CITY OF HENDERSON |
| /s/ Michael P. Balaban<br>Michael P. Balaban, Esq.<br>10726 Del Rudini St.<br>Las Vegas, NV 89141<br>Attorney for Plaintiff | /s/ Brian Anderson<br>Brian Anderson, Esq.<br>Assistant City Attorney<br>240 Water Street, MSC 144<br>Henderson, NV 89015<br>Attorney for Defendant |
| Dated: November 10, 2026 | Dated: November 10, 2026 |

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

Dated: November 10, 2026